### 47353.   CURRY et al. v. CITY OF ATLANTA.

STOLZ, Judge. This case is a companion of *Longino v. City of Atlanta,* 127 Ga. App. 299, and is controlled by the holdings therein.

*Judgment reversed. Bell, C. J., and Evans, J., concur.*

ARGUED SEPTEMBER 5, 1972—DECIDED SEPTEMBER 19, 1972—
REHEARING DENIED OCTOBER 13, 1972.

*Alex McLennan,* for appellants.
*Henry L. Bowden, Edwin L. Sterne, Alton H. Hopkins,* for appellee.